1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

CAPITOL TRADE EXCHANGE,

11

        Plaintiff,

12

        v.

13

UNITED STATES OF AMERICA, the
Commissioner of Internal Revenue Paul R.
Shipley # 91-02526, Revenue Agent Approving
Officer/Group Manager,

14

15

16

        Defendant.

Case No. MS05-5026FDB

ORDER

17

18

19

        This cause of action has been erroneously filed as a miscellaneous action.  Plaintiff, therefore, is **ORDERED** to pay the required fee for filing a civil action by no later than **Friday, September 30, 2005** or this cause of action will be dismissed.

20

        DATED this 29th day of August, 2005.

21

22

23

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1