UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAPITOL TRADE EXCHANGE,

        Plaintiff,

        v.

UNITED STATES OF AMERICA, the
Commissioner of Internal Revenue Paul R.
Shipley # 91-02526, Revenue Agent Approving
Officer/Group Manager,

        Defendant.

Case No. MS05-5026FDB

ORDER OF DISMISSAL

        Plaintiff was ordered to pay the required fee for filing a civil action by no later than Friday, September 30, 2005 or this cause of action would be dismissed.  Plaintiff has failed to pay the filing fee.  ACCORDINGLY,

        IT IS ORDERED: this cause of action is DISMISSED.

        DATED this 6th day of October, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1